# UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE PATENT TRIAL AND APPEAL BOARD

**GOOGLE INC.,**
Requester,

v.

**VEDERI, LLC,**
Patent Owner

Appeal No. **2015-001495**
*Inter Partes* Reexamination Control No. **95/000,681**
Patent No. **7,805,025 B2**

**NOTICE OF APPEAL**

Appeal No. 2015-001495<br>
Patent No. 7,805,025 B2<br>
Attorney Docket No.110.1*3/413620

Director of the United States Patent and Trademark Office
c/o Office of the General Counsel
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Notice is hereby given, pursuant to 37 C.F.R. §§ 90.1, 1.983, 1.302, and 1.304,[1] that Patent Owner Vederi, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the Decision on Request for Rehearing entered on March 1, 2016, the Patent Trial and Appeal Board's Decision on Appeal rejecting claims 2-6, 8-10, 14-18. 20. 33-36. 56-60, 64-68, and 70-72, entered on June 26, 2015, and from all underlying orders, decisions, rulings and opinions.

Simultaneous with this submission, this Notice of Appeal, along with the required docketing fees, is being filed with the United States Court of Appeals for the Federal Circuit.

---

[1] Reference is made herein to 37 C.F.R. §§ 1.302 and 1.304, as in effect on July 1, 2012.

Appeal No. 2015-001495
Patent No. 7,805,025 B2
Attorney Docket No.110.1*3/413620

DATED: April 22, 2016

Respectfully submitted,
LEWIS ROCA ROTHGERBER CHRISTIE LLP

By *[signature]*
David A. Dillard
Reg. No. 30,831
P.O. Box 29001
Glendale, California 91209-9001
626/795-9900

Appeal No. 2015-001495  
Patent No. 7,805,025 B2  
Attorney Docket No.110.1*3/413620

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, a copy of this NOTICE OF APPEAL, was served by First Class Mail on the following correspondence address of record for Petitioner, pursuant to 37 C.F.R. § 1.903:

Sanjeet K. Dutta  
Reg. No. 46,145  
STEPTOE & JOHNSON LLP  
1891 Page Mill Road  
Suite 200  
Palo Alto, CA 94304

/David A. Dillard/  
David A. Dillard  
Registration No. 30,831  
*Counsel for Patent Owner*

SIS PAS1415421.2-*-04/25/16 3:27 PM